| | |
|---|---|
| **RYLEY CARLOCK & APPLEWHITE**<br>One North Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417<br>Telephone: 602/258-7701<br>Telecopier: 602/257-9582<br><br>Thomas G. Stack – 024002<br>tstack@rcalaw.com<br>Alissa A. Brice – 027949<br>abrice@rcalaw.com<br><br>Attorneys for Great Western Bank | |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TRANSWEST RESORT PROPERTIES, INC., an Arizona corporation,<br><br>Debtor.<br><br>Joint Administration with:<br><br>TRANSWEST TUCSON PROPERTY, L.L.C., a Delaware limited liability company,<br><br>TRANSWEST HILTON HEAD PROPERTY, L.L.C., a Delaware limited liability company,<br><br>TRANSWEST TUCSON II, L.L.C., a Delaware limited liability company, and<br><br>TRANSWEST HILTON HEAD II, L.L.C., a Delaware limited liability company. | In Proceedings Under Chapter 11<br><br>Case No. 4:10-bk-37134-EWH<br><br>Joint Administration with Case Nos.:<br><br>4:10-bk-37160-EWH<br><br>4:10-bk-37170-EWH<br><br>4:10-bk-37151-EWH<br><br>4:10-bk-37145-EWH<br><br>Adversary No. 4:13-ap-00353-EWH<br><br>**NOTICE OF STATUS CONFERENCE REGARDING TRIAL DATE** |
| This Pleading applies to:<br>☐ All Debtors<br>☑ Specified Debtors<br>SWVP LA PALOMA LLC, fka TRANSWEST TUCSON PROPERTY, L.L.C. | |

| | |
|---|---|
| GREAT WESTERN BANK, a South Dakota corporation, | |
| Plaintiff, | |
| v. | |
| SWVP LA PALOMA, LLC, a Delaware limited liability company, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that a status conference regarding trial dates will be held on **May 13, 2014 at 2:00 p.m.** at the United States Bankruptcy Court for the District of Arizona, James A. Walsh Courthouse, 38 South Scott Avenue, Courtroom 329, Tucson, Arizona 85701, before the HONORABLE EILEEN W. HOLLOWELL.

Dated this 12th day of May, 2014.

**RYLEY CARLOCK & APPLEWHITE**

By /s/ Alissa A. Brice
Thomas G. Stack
Alissa A. Brice
Attorneys for Great Western Bank

The foregoing was electronically filed with the U.S. Bankruptcy Court on this 12th day of May, 2014.

Copies emailed to:

Susan G. Boswell
Jason D. Curry
Quarles & Brady LLP
Attorneys for Defendant/Counterclaimant
susan.boswell@quarles.com
jason.curry@quarles.com

By/s/ Tina Sun-Angell
Tina Sun-Angell